**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: AMAZON TARIFF LITIGATION | MDL No. |

**MOTION FOR TRANSFER OF ACTIONS TO THE WESTERN DISTRICT OF WASHINGTON PURSUANT TO 28 U.S.C. § 1407 FOR CONSOLIDATED OR COORDINATED PRETRIAL PROCEEDINGS**

Pursuant to 28 U.S.C. § 1407 and Rule 7.2(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiffs Mari Cartagenova, Kathleen Holm, Jerry Kmiec, Jeffrey Price, and Howard Rosen (collectively, "Plaintiffs") in *In re Amazon Tariff Litigation*, Case No. 2:26-cv-01670-TL (W.D. Wash.) (the "Washington Action") respectfully request that all of the pending cases identified in the Schedule of Actions and all cases subsequently filed in different districts involving similar facts or claims (collectively, "Related Actions") be transferred to Judge Tana Lin (who is presiding over the first-filed Washington Action in the Western District of Washington). Five Related Actions are pending in four judicial districts in the United States, all alleging similar wrongful conduct by defendant Amazon.com, Inc. ("Amazon").

Transfer for pretrial consolidation and coordination is proper and necessary for the following reasons:

1. The Washington Action and the five Related Actions allege numerous causes of action relating to Amazon's pass-through and pass-on of tariffs imposed under the International Emergency Economic Powers Act ("IEEPA") to consumers. Plaintiffs refer to these tariffs as the "IEEPA tariffs." In February 2026, the Supreme Court's holding in *Learning Resources, Inc. v. Trump* invalidated the IEEPA tariffs. 607 U.S. 229, 255 (2026). Amazon has never refunded consumers for the tariff costs they paid. The claims include, but are not limited to, violations of consumer fraud statutes, unjust enrichment, and money had and received.
2. The five Related Actions pending in four federal district courts assert similar claims. The Related Actions are pending in Florida, Michigan, New York (two cases), and

Ohio. Plaintiffs' counsel anticipate that additional complaints in additional federal district courts will be filed in the near future.

3. The centralization of these actions in a single judicial district for consolidated pretrial proceedings will promote the just and efficient conduct of these actions, will serve the convenience of parties and witnesses, and will promote the interest of justice because all actions involve common factual and legal issues, including, but not limited to:
    a. Whether the higher prices that consumers paid for products on Amazon Online Stores are attributable to the cost of IEEPA tariffs;
    b. whether Amazon is obligated to return the cost of IEEPA tariffs to the consumers who paid them in the form of higher prices;
    c. whether Amazon's use of IEEPA tariff-related funds to benefit Amazon's business and political interests was unlawful;
    d. whether Amazon acted unlawfully by upcharging consumers in response to IEEPA tariff-related costs while making statements to the contrary;
    e. whether Amazon's conduct constitutes an unlawful practice under consumer protection statutes by collecting tariff-related surcharges from consumers while misrepresenting its pricing practices and failing to establish a consumer refund mechanism;
    f. whether Amazon's retention of elevated consumer payments constitutes unjust enrichment; and
    g. whether Amazon's conduct has harmed Plaintiffs and the Class uniformly.
4. Consolidation of these actions before a single judge will preserve judicial resources, reduce litigation costs, prevent potentially inconsistent pretrial rulings, eliminate duplicative discovery, and permit the cases to proceed to trial more efficiently.
5. Discovery in the Washington Action and in all Related Actions will be substantially similar and involve the same documents and witnesses, because each of these actions arise from the same or similar nucleus of operative facts.

6. Discovery has not begun in any filed action, so no prejudice or inconvenience will result from transferring them to the Western District of Washington under § 1407.
7. The Western District of Washington is a prime candidate for hearing the Related Actions pursuant to § 1407 because the venue provisions of Amazon's "Conditions of Use" state that all disputes should be heard in the Western District of Washington, Judge Lin in the Western District of Washington has experience in class actions and (to the knowledge of Plaintiffs) has not yet had the opportunity to preside over an MDL, and the Western District of Washington has the fewest number of MDLs pending relative to any other district where a Related Action has been filed.
8. This Motion is based on the accompanying Memorandum of Law and Fact, the filed pleadings and papers, and other material that may be presented to the Panel before or at the time of any hearing in this matter.

WHEREFORE, Plaintiffs respectfully request that the Panel order the cases listed in the Schedule of Actions, as well as any cases that may be subsequently filed asserting related or similar claims, be transferred under § 1407 to Judge Lin and consolidated and coordinated for all pretrial proceedings.

DATED: July 31, 2026

Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: *_/s/ Steve W. Berman_*

Steve W. Berman, (SBN 12536)
Sydney K. Thomas (SBN 64571)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Email: steve@hbsslaw.com
Email: sydney.thomas@hbsslaw.com

Christopher R. Pitoun (*pro hac vice*)
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
Email: christopherp@hbsslaw.com

Dana Abelson (SBN 63278)
455 N Cityfront Plaza Dr. Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
Email: dana.abelson@hbsslaw.com

Kelly L. Tucker (*pro hac vice*)
Matthew Denn (*pro hac vice*)
**GRANT & EISENHOFER P.A.**
123 Justison Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 622-7000
Email: ktucker@gelaw.com
Email: mdenn@gelaw.com

Thomas Walsh (*pro hac vice*)
GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Floor New York,
NY 10017 Telephone:
(646) 722-8500
Email: twalsh@gelaw.com

*Attorneys for Plaintiffs Mari Cartagenova, Kathleen Holm, Jerry Kmiec, Jeffrey Price, and Howard Rosen in In re Amazon Tariff Litigation, Case No. 2:26-cv-01670-TL (W.D. Wash.)*