**BEFORE THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: AMAZON TARIFF LITIGATION | MDL No. ___________ |

**SCHEDULE OF ACTIONS**

| Ex. # | Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| **1** | **Plaintiffs:**<br>Mari Cartagenova<br>Kathleen Holm<br>Jerry Kmiec<br>Jeffrey Price<br>Howard Rosen<br>Lisa Markland (T) (Pro Se)[1]<br><br>**Defendant:**<br>Amazon.com, Inc. | W.D. Washington (Seattle) | 2:26-cv-01670 | Hon. Tana Lin |
| **2** | **Plaintiff:**<br>Sharon Lasseter<br><br>**Defendant:**<br>Amazon.com, Inc. | M.D. Florida (Tampa) | 8:26-cv-02019 | Hon. William F. Jung |
| **3** | **Plaintiff:**<br>Tonysha Emerson<br><br>**Defendants:**<br>Amazon.com, Inc.<br>Amazon.com Services LLC | E.D. Michigan (Detroit) | 2:26-cv-12614 | Hon. Terrence G. Berg |

[1] Lisa Markland was a named plaintiff in this case. Plaintiff Markland has since filed a Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Case No. 2:26-cv-01670 (W.D. Wash.), Dkt. #21. However, the docket lists her as both terminated and pro se.

| | | | | |
|---|---|---|---|---|
| **4** | **Plaintiff:**<br>Gregory Rittenhouse<br><br>**Defendant:**<br>Amazon.com, Inc. | E.D. New York (Central Islip) | 2:26-cv-03392 | Hon. Gary R. Brown |
| **5** | **Plaintiff:**<br>Don Polistico<br><br>**Defendants:**<br>Amazon.com, Inc.<br>Amazon.com Services LLC | E.D. New York (Brooklyn) | 1:26-cv-04194 | Hon. Gary R. Brown |
| **6** | **Plaintiff:**<br>Parveen Sangha<br><br>**Defendants:**<br>Amazon.com, Inc.<br>Amazon.com Services LLC | N.D. Ohio (Cleveland) | 1:26-cv-01777 | Hon. Patricia A. Gaughan |