**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: AMAZON TARIFF LITIGTION | MDL No. _____ |

**PROOF OF SERVICE**

I hereby certify that a copy of the foregoing *Motion for Transfer of Actions to the Western District of Washington Pursuant to 28 U.S.C. § 1407 For Consolidated or Coordinated Pretrial Proceedings, Memorandum in Support of Motion for Transfer of Actions to the Western District of Washington Pursuant to 28 U.S.C. § 1407 For Consolidated or Coordinated Pretrial Proceedings*, *Schedule of Actions*, and this *Proof of Service* was served by U.S. Mail or as indicated on July 31, 2026, to the following:

| ***United States District Courts***<br>**VIA U.S. MAIL** | |
|---|---|
| United States District Court for the Western District of Washington<br>U.S. District Court Clerk's Office<br>700 Stewart Street, Suite 2310<br>Seattle, WA 98101<br><br>United States District Court for the Eastern District of Michigan<br>Theodore Levin United States Courthouse<br>231 West Lafayette Boulevard, 5th Floor<br>Detroit, MI 48226-2782<br><br>United States District Court for the Northern District of Ohio<br>Carl B. Stokes U.S. Court House<br>801 West Superior Avenue<br>Cleveland, Ohio 44113 | United States District Court for the Eastern District of New York<br>225 Cadman Plaza East<br>Brooklyn, NY 11201<br><br>United States District Court for the Eastern District of New York<br>100 Federal Plaza<br>Central Islip, NY 11722<br><br>United States District Court for the Middle District of Florida<br>Sam M. Gibbons United States Courthouse<br>801 North Florida Avenue<br>Tampa, FL 33602 |

| ***In re Amazon Tariff Litigation*** **W.D. Washington, No. 2:26-cv-01670-TL** **<u>VIA E-MAIL</u>** | |
|---|---|
| Steve W. Berman<br>Sydney K. Thomas<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 2nd Avenue, Ste. 2000<br>Seattle, WA 98101<br>(206) 623-7292<br>Email: steve@hbsslaw.com<br>Email: sydney.thomas@hbsslaw.com<br><br>Dana Abelson<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>455 N Cityfront Plaza Dr. Suite 2410<br>Chicago, IL 60611<br>(708) 628-4949<br>Email: dana.abelson@hbsslaw.com<br><br>Christopher Pitoun<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>301 N Lake Ave, Ste. 920<br>Pasadena, CA 91101<br>(213) 330-7150<br>Email: christopherp@hbsslaw.com<br><br>Kelly L. Tucker<br>Matthew P. Denn<br>GRANT & EISENHOFER PA (DE)<br>123 Justison Street, 7th Floor<br>Wilmington, DE 19801<br>(302) 622-7000<br>Email: ktucker@gelaw.com<br>Email: mdenn@gelaw.com<br><br>Thomas Walsh<br>GRANT & EISENHOFER PA (NY)<br>485 Lexington Avenue, 29th Floor<br>New York, NY 10017<br>646-722-8500<br>Email: twalsh@gelaw.com<br><br>*Counsel for Plaintiffs: Mari Cartagenova, Kathleen Holm, Jerry Kmiec, Jeffrey Price, and Howard Rosen* | Molly A. Terwilliger<br>Tjitske Dekker<br>Brian D. Buckley<br>MORGAN LEWIS & BOCKIUS LLP<br>1301 Second Ave, Ste. 3000<br>Seattle, WA 98101<br>(206) 274-6400<br>Email: molly.terwilliger@morganlewis.com<br>Email: tjitske.dekker@morganlewis.com<br>Email: brian.buckley@morganlewis.com<br><br>John Goldmark<br>Kevin Kramer<br>Kreisa Cox<br>DAVIS WRIGHT TREMAINE<br>920 Fifth Ave, Ste. 3300<br>Seattle, WA 98104-1610<br>(206) 757-8068<br>Email: johngoldmark@dwt.com<br>Email: kevinkramer@dwt.com<br>Email: kreisacox@dwt.com<br><br>*Counsel for Defendant: Amazon.com, Inc.* |

<table>
<tr><td colspan="2" align="center">Gregory Rittenhouse v. Amazon.com, Inc.<br>E.D. New York, No. 2:26-cv-03392-GRB-LGD<br><br><u>VIA E-MAIL</u></td></tr>
<tr><td>Salvatore C. Badala<br>Shayna Erin Sacks<br>NAPOLI SHKOLNIK PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>(212) 397-1000<br>Email: sbadala@napolilaw.com<br>Email: ssacks@napolilaw.com<br><br>Hunter Jay Shkolnik<br>Napoli Shkolnik<br>NS PR LAW SERVICES LLC<br>1302 Avenida Ponce de Leon<br>Santurce, PR 00907<br>(787) 493-5088<br>Email: Hunter@nsprlaw.com<br><br>Counsel for Plaintiff: Gregory Rittenhouse</td><td>Brian David Buckley<br>MORGAN, LEWIS & BOCKIUS LLP<br>1301 Second Avenue, Suite 3000<br>Seattle, WA 98101<br>(206) 274-6400<br>Email: brian.buckley@morganlewis.com<br><br>Grant MacQueen<br>Matthew Cooper<br>MORGAN LEWIS & BOCKIUS, LLP<br>101 Park Avenue<br>New York, NY 10178<br>(212) 309-6000<br>Email: grant.macqueen@morganlewis.com<br>Email: matthew.cooper@morganlewis.com<br><br>Counsel for Defendant: Amazon.com, Inc.</td></tr>
</table>

<table>
<tr><td colspan="2" align="center">Don Polistico v. Amazon.com, Inc.<br>E.D. New York, No. 1:26-cv-04194-GRB-LGD<br><br><u>VIA E-MAIL and U.S. MAIL</u></td></tr>
<tr><td>Stuart A. Davidson<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>225 NE Mizner Boulevard, Suite 720<br>Boca Raton, FL 33432<br>(561) 750-3000<br>Email: sdavidson@rgrdlaw.com<br><br>David Avi Rosenfeld<br>ROBBINS GELLER RUDMAN & DOWD, LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>(631)367-7100<br>Email: drosenfeld@rgrdlaw.com<br><br>Counsel for Plaintiff: Don Polistico</td><td>Amazon.com , Inc.<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br><br>Amazon.com Services LLC<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808</td></tr>
<tr><td colspan="2" align="center">Sharon Lasseter v. Amazon.com, Inc.<br>M.D. Florida, No. 8:26-cv-02019-WFJ-SPF<br><br><u>VIA E-MAIL and U.S. MAIL</u></td></tr>
<tr><td>Michael Jay Fuller, Jr.<br>FARRELL & FULLER LLC<br>270 Munoz Rivera Avenue, Suite 201<br>San Juan, Puerto Rico<br>(939) 293-8244<br>Email: mike@farrellfuller.com<br><br>Counsel for Plaintiff: Sharon Lasseter</td><td>Amazon.com, Inc.<br>410 Terry Avenue North<br>Seattle, Washington 98109</td></tr>
</table>

<table>
<tr><th colspan="2">Tonysha Emerson v. Amazon.com, Inc., et al.<br>E.D. Michigan, No. 2:26-cv-12614-TGB-EAS<br><u>VIA E-MAIL and U.S. MAIL</u></th></tr>
<tr><td>Michael Jay Fuller, Jr.<br>FARRELL & FULLER LLC<br>270 Munoz Rivera Avenue, Ste. 201<br>San Juan, Puerto Rico<br>(939) 293-8244<br>Email: mike@farrellfuller.com<br>Counsel for Plaintiff: Tonysha Emerson</td><td>Amazon.com, Inc.<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br><br>Amazon.com Services LLC Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808</td></tr>
</table>

<table>
<tr><th colspan="2">Parveen Sangha v. Amazon.com. Inc., et al.<br>N.D. Ohio, No. 1:26-cv-01777-PAG<br><u>VIA E-MAIL and U.S. MAIL</u></th></tr>
<tr><td>Michael Jay Fuller, Jr.<br>FARRELL & FULLER LLC<br>270 Munoz Rivera Avenue, Ste. 201<br>San Juan, Puerto Rico<br>(939) 293-8244<br>Email: mike@farrellfuller.com<br><br>Plaintiff: Parveen Sangha</td><td>Amazon.com, Inc.<br>c/o Corporation Service Company<br>300 Deschutes Way SW, Suite 208 MC-CSC1<br>Tumwater, WA 98501<br><br>Amazon.com, Services LLC<br>c/o Corporation Service Company<br>300 Deschutes Way SW, Suite 208 MC-CSC1<br>Tumwater, WA 98501</td></tr>
</table>

*/s/ Steve W. Berman*
Steve W. Berman

*Attorney for Plaintiffs Mari Cartagenova, Kathleen Holm, Jerry Kmiec, Jeffrey Price, and Howard Rosen* in:
*In re Amazon Tariff Litigation,*
W.D. Washington, Case No. 2:26-cv-01670-TL